IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEGGY DINKEL, VALARIE GADSON, and DEIDRE BECKFORD, for themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>MEDSTAR HEALTH INC. and WASHINGTON HOSPITAL CENTER,<br><br>      Defendants. | Civil Action No. 11-998 (CKK) |
| DANIELLE FREEMAN, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MEDSTAR HEALTH INC., et al.,<br><br>      Defendants. | Civil Action No. 14-628 (CKK) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
SETTLEMENT APPROVAL PAPERS**

      In its November 6, 2017 Consent Order, the Court ordered that all pending deadlines in *Dinkel v. MedStar Health Inc.,* No. 11-998 (CKK) ("Dinkel"), and *Freeman v. MedStar Health Inc.*, No. 14-628 (CKK) ("Freeman") were adjourned. The Court's Order also stated that "the Parties shall file settlement approval papers by December 4, 2017." On December 1, 2017, Defendant filed a Joint Motion for Extension of Time which was granted by the Court on December 4, 2017, extending the parties' deadline to file settlement approval papers up to December 18, 2017.

      The Parties hereby submit this Joint Motion for an Extension of Time to File Settlement Approval Papers. Since the Court issued its November 6, 2017 Order, the Parties have worked

diligently and cooperatively to resolve all outstanding issues with respect to completing the necessary paperwork for the Court's approval of the Parties' settlement, including the Motion to Consolidate the *Dinkel* and *Freeman* proceedings, the Consolidated Amended Complaint, the Settlement Agreement, and the Motion for Settlement Approval.  Unfortunately, due to the numerous holidays this time of year and the number of issues remaining to be resolved, the Parties will be unable to file the required settlement papers for the Court's approval by the December 18th deadline.  As a result, the Parties respectfully request that the Court extend the deadline to file settlement approval papers until January 8, 2018.

This Joint Motion is brought in good faith and will not cause prejudice to either Party.  This Joint Motion is supported by good cause and granting it would further the sound and efficient administration of justice.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion in its entirety and extend the deadline for the parties to file their settlement approval papers until January 8, 2018.

Respectfully submitted,

/s/ Jason S. Rathod
Jason S. Rathod, Esq. (D.C. Bar No. 100082)
Nicholas A. Migliaccio, Esq. (D.C. Bar No. 484366)
MIGLIACCIO & RATHOD LLP
412 H St., NE Suite 302
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
jrathod@classlawdc.com
 nmigliaccio@classlawdc.com

2

        Gary E. Mason (D.C. Bar No. 418073)
        Danielle Perry (D.C. Bar No. 1034960)
        WHITFIELD BRYSON & MASON LLP
        5101 Wisconsin Ave NW, Suite 305
        Washington, D.C.  20016
        Telephone:  (202) 429-2290
        Facsimile:  (202) 429-2294
        gmason@wbmllp.com
        dperry@wbmllp.com


        David J. Cohen (*pro hac vice*)
        STEPHAN ZOURAS LLP
        604 Spruce Street
        Philadelphia, PA 19106
        (215) 873-4836

        *Class Counsel*


        /s/ Joshua B. Waxman
        Joshua B. Waxman, D.C. Bar 482135
        S. Libby Henninger, D.C. Bar 976352
        Littler Mendelson, P.C.
        815 Connecticut Avenue, NW, Suite 400
        Washington, DC 20006-4046
        202.842.3400 (telephone)
        202.842.0011 (facsimile)
        Email: jwaxman@littler.com
                lhenninger@littler.com

        Angelo Spinola, admitted *pro hac vice*
        LITTLER MENDELSON, P.C.
        3344 Peachtree Road N.E., Suite 1500
        Atlanta, GA 30326
        404.233.0330 (telephone)
        404.233.2361 (facsimile)
        Email: aspinola@littler.com

        *Counsel for Freeman Defendants*

/s/ Emmett F. McGee, Jr.

Emmett F. McGee, Jr. (D.C. Bar No. 456498)
JACKSON LEWIS, P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, MD 21209
(410) 415-2003
(410) 415-2001 fax
emmett.mcgee@jacksonlewis.com

*Counsel for Dinkel Defendants*

December 13, 2017

**SO ORDERED.**

Dated: December ___, 2017

COLLEEN KOLLAR-KOTELLY
United States District Judge